# EXHIBIT A

2/26/22, 7:57 PM  COVID-killing air filter recognized by American Society of Mechanical Engineers (ASME), award given to inventor Monzer Hourani…

Case 2:22-cv-01403-SK   Document 1-1   Filed 03/02/22   Page 2 of 3   Page ID #:17

# COVID-killing air filter recognized by American Society of Mechanical Engineers (ASME), award given to inventor Monzer Hourani

NEWS PROVIDED BY
**Medistar Corporation**
Dec 08, 2020, 09:56 ET

HOUSTON, Dec. 8, 2020 /PRNewswire/ – Integrated Viral Protection (IVP Air), a division of Medistar Corporation, the inventors of the world's only Biodefense Indoor Air Protection System™ – this device is proven to destroy SARS-CoV-2 (99.999%), anthrax spores (99.98%) and other airborne pathogens instantaneously, in a single pass – was announced a winner of the 2020 Emerging Technology Awards by the award-winning flagship publication of the American Society of Mechanical Engineers (ASME). This IVP technology was one of only five winners selected from dozens of recent innovations.

This technology was designed by IVP founder and inventor, Monzer Hourani. Hourani, having a background in physics, science and engineering, developed the advanced biodefense system in partnership with Dr. Zhifeng Ren, Director of the Superconductivity Center of Texas at the University of Houston, and with other scientists at the UTMB Galveston National Lab and Texas A&M Engineering and Experiment Station.

"We are elated to be recognized for our achievement in creating a medical technology to address the coronavirus pandemic," said Dr. Garrett Peel, Founding Partner, IVP. "We have to use science and technology to lead us through this public health crisis. The invention by Monzer Hourani offers those working and living inside schools, office buildings, hospitals, gyms, convention centers and places of worship, the ability to breathe with confidence and help mitigate the spread of airborne COVID-19."

In previous years, the Emerging Technology Awards have recognized innovations in five engineering fields, but when judging for the fourth annual awards, the editors realized the technologies that stood out were all supporting society during COVID-19.

"In a time where there is a large amount of misinformation about COVID-19, it's so important to have an established and reputable organization like the ASME," adds Peel. "Not only do they celebrate the innovations that are propelling society through a pandemic but they also conduct in-depth research and vetting so we can cut through the noise and help our fellow Americans get that much closer to the normality we all crave."

The CDC reports the airborne virus can travel up to 18-20 feet and can be suspended in the air as a contagious virus for over 18 hours. Research also shows circulating the cleanest air possible in a room will help decrease the spread of COVID-19.

**About Integrated Viral Protection (IVP)**

Integrated Viral Protection (IVP) is a technology solutions company that specializes in the design of biodefense indoor air protection systems. Data from scientific peer reviewed publications show significant promise for reducing the transmission of the SARS-CoV-2 virus in the air, safeguarding people against the dangerous, life-threatening pathogen. IVP has partnered with a team of scientists, engineers, and virologists

and developed a proven biodefense indoor air protection system™ that combats COVID-19 in commercial, transportation, residential and personal environments.

The patent-pending BIODEFENSE INDOOR AIR PROTECTION SYSTEM™ is FDA Compliant to Enforcement Policy for Sterilizers, Disinfectant Devices and Air Purifiers During the Coronavirus Disease – 2019 (COVID-19) Public Health Emergency | 21 CFR 880.5045 Medical Recirculation Air Cleaner and 21 CFR 880.6500 Medical UV Air Purifier | Class II Device and permitted by the FDA to be sold during the Coronavirus disease. For more information, please visit: http://www.ivpair.com.

For more for information about the research behind the IVP technology, visit https://www.ivpair.com/wp-content/uploads/2021/03/IVP-Scientific-Brief-Additional-Data.pdf

For more information about the winning technologies, visit  https://www.asme.org/topics-resources/content/engineers-in-action-during-covid-19.

To watch a video honoring the winners, visit: https://www.asme.org/topics-resources/content/video-2020-emerging-technology-awards.

ORIGINAL SOURCE Medistar Corporation: https://www.prnewswire.com/news-releases/covid-killing-air-filter-recognized-by-american-society-of-mechanical-engineers-asme-award-given-to-inventor-monzer-hourani-301188504.html