# EXHIBIT D



HOME    ABOUT ⌄    SERVICES    PROJECTS ⌄    NEWS    CONTACT     Search...

# NEWS

## Recent Posts

› March 11, 2022: 1st ACHE-SETC Sporting Clay Tournament and Fundraiser!
› SINGLE PASS, ANTI COVID-19 TECHNOLOGY ADDS ADDITIONAL PROTECTION TO VACCINE LAUNCHED BY IVP AT CES 2022
› Allied Orion Group Chosen To Manage Virtuo Med Center
› Monzer Hourani Recipient of Highest Honor Given by American College of Healthcare Executives' Regent
› Medistar Corporation sponsors Bisnow National Healthcare South Conference on Nov. 11, 2021
› Slidell Independent School District (ISD) near Dallas has among the lowest rates of reported COVID-19 infections
› Texas Education Agency (TEA) Says Indoor Anti-virus Air Filtration Systems Can Increase Student Attendance & Health
› Construction continues on Horizon Tower and Life Tower at TAM Innovation Plaza in Houston
› Samsung and IVP are working together on a residential solution to destroy airborne threats
› Texas Hospitals Magazine: Introducing IVP (Integrated Viral Protection)
› More Texas K-12 School Districts Turn to Award Winning Biodefense Air Filter to Protect Air Streams Against COVID-19 Variants and Future Threats
› Medistar Corporation and Voyages Behavioral Health Announce Development of a Behavioral Health Hospital in Pensacola
› Texas Leaders Call for Science-based Technology Solutions along with Vaccine and Masks to Fight COVID-19 in Texas Schools, Hospitals and Restaurants
› Ex-Gov. Rick Perry is part of company marketing 'catch and kill' device to battle COVID
› Horizon and Life Tower Projects Are Neck and Neck Near TMC
› Medistar Enhances, Grows Apartment Development Business with Strategic Hire
› Biotech Founder, Monzer Hourani, Calls for Urgent Action in Open Letter to President Biden
› TAM's first-ever housing development in Houston receives funding
› CIM Group Closes $135.85 Million Construction Loan to Medistar
› Medistar Corporation Announces Closing and Funding for P3 Developments at Texas A&M Innovation Plaza in Houston
› HTA has negotiated a strategic partnership with Medistar Corporation to finance and co-develop the Texas A&M Innovation Plaza, a five-acre use project located at the Texas Medical Center
› Wayne County Sheriff's Office Installs Integrated Viral Protection (IVP) Biodefense Indoor Air Protection System™
› How Creativity and Technology Drive the Future of Hospitality
› Monzer Hourani among 25 outstanding individuals chosen by editors of ENR for news-making achievements in 2020
› University of Houston McGovern College of the Arts Installs Integrated Viral Protection Biodefense Indoor Air Protection System™ to Safely Moores Opera House for Virtuosi of Houston Youth Orchestra Live Concert
› WDEL: Not an air purifier, but a COVID-killer | Brandywine Hundred company is 1st in Northeast to install revolutionary tech
› COVID-killing air filter recognized by American Society of Mechanical Engineers (ASME), award given to inventor Monzer Hourani
› ASME: This year's Emerging Technology Awards celebrates Medistar Corp.'s COVID-19 killing HVAC filter
› The Battalion: TAM partners with Medistar to break ground at Innovation Plaza in Houston
› IHG Partners With Owner of the InterContinental® Houston – Medical Center to Install IVP Air Technology

Search Site

## Recent Posts

- › March 11, 2022: 1st ACHE-SETC Sporting Clay Tournament and Fundraiser!
- › SINGLE PASS, ANTI COVID-19 TECHNOLOGY ADDS ADDITIONAL PROTECTION TO VACCINE LAUNCHED BY IVP AT CES 2022
- › Allied Orion Group Chosen To Manage Virtuo Med Center
- › Monzer Hourani Recipient of Highest Honor Given by American College of Healthcare Executives' Regent
- › Medistar Corporation sponsors Bisnow National Healthcare South Conference on Nov. 11, 2021

## Archives

- › February 2022
- › January 2022
- › December 2021
- › November 2021
- › October 2021
- › September 2021
- › August 2021
- › July 2021
- › June 2021
- › February 2021
- › January 2021
- › December 2020
- › November 2020
- › October 2020
- › September 2020
- › August 2020
- › July 2020
- › June 2020
- › May 2020
- › April 2020
- › March 2020
- › February 2020
- › December 2019
- › June 2019
- › July 2018

## Categories

- › real estate
- › Uncategorized

## Meta

- › Log in
- › Entries feed
- › Comments feed
- › WordPress.org

**CONTACT US**

MEDISTAR CORPORATION

**FOLLOW US**

in

7670 Woodway, Suite 160
Houston, TX 77063
📞 713.266.8990

Copyright 2022 © Medistar Corporation. All Rights Reserved.

Web Design and Domain names by
web.com·