# EXHIBIT F



HOME     ABOUT     SERVICES     PROJECTS     NEWS     CONTACT     Search…

## PARTIAL SAMPLE OF PROJECTS IN DEVELOPMENT

**NOW LEASING: Horizon Tower at Texas A&M Innovation Plaza at Main and Holcombe, the gateway to the Texas Medical Center in Houston**



00:00     03:25

Texas A&M Innovation Plaza  |  Texas Medical Center  |  Houston, TX

Medistar and partner Healthcare Trust of America (HTA) are the Texas A&M University System's Public-Private Partnership ("P3") developer for the new landmark campus at the Texas Medical Center in Houston, Texas. Complementing Texas A&M's flagship Engineering Medicine ("EnMed") and adjacent to METRO's TMC Station for bus and light rail, Medistar's development program creates a vibrant, safe, secure, connected and welcoming environment for the TAM campus community and visitors alike.

For Horizon Tower medical and biomedical space, see the LoopNet listing, visit www.HorizonTowerTMC.com, and contact Tim Relyea, Bill Hartman and Morgan Relyea Colt at Cushman & Wakefield for leasing information.

For Fall 2022 occupancy at Life Tower student housing, visit Life Tower (livelifetower.com) and contact Lance Tribble, Victoria Baker and the Asset Living leasing team at 713.677.7500



00:00     00:45

Central Station Redevelopment  |  Phoenix, AZ

Medistar was selected by the City of Phoenix via RFP to develop and activate Central Station in downtown Phoenix. The 2.5 acre site is immedia of Civic Space Park and adjacent to the growing ASU - Downtown Phoenix Campus. Located in a designated Opportunity Zone at North Central a Buren, Central Station will continue its core function as the primary light rail and bus transit hub for approximately
2 million passengers annually.

Scheduled to break ground in 1Q2022, Medistar's approximately 1 million square foot transit-oriented development program for Central S provides a mix of highly demanded, complementary uses that include:

EAST TOWER, 37 STORIES

- Apartments:  32 floors with 362 units comprising 272,528 rentable square feet
- Office:  73,000 rentable square feet on two floors (podium level above retail)
- Retail:  22,800 rentable square feet at street-level

WEST TOWER, 19 STORIES

- Student Housing:  18 stories above Retail/Transit uses with 435 Units / 655 beds, comprising 239,564 rentable square feet
- Retail:  6,200 rentable square feet at street-level
- Transit Office:  9,100 rentable square feet at street-level
- Rooftop Amenity Space:  Partial 20th floor with 3,620 rentable square feet

BELOW-GRADE PARKING

- Two-level Parking Garage providing approximately 430 spaces in approximately 203,244 gross square feet

For more information, contact Mark Sepulveda at msepulveda@MedistarCorp.com or 713.266.8990



Virtuo Med Center  |  Houston, TX

In February 2020, Medistar broke ground on the Virtuo Med Center apartment community in a primary growth corridor of the Texas Medical Center ("TMC") area of Houston, Texas.  On-schedule to deliver in 4Q2021, Virtuo Med Center offers modern studio, one- and two-bedroom units ranging from 509 SF to 1,161 SF.  Residents will enjoy choices from among of 15 floor plans with condominium-quality finishes, fixtures and appointments, complemented by inviting landscaping, secured access and generous parking across the 6.25 acre site.

Strategically positioned between Almeda and SH288 at the intersection of Alice and Ardmore, this four-story, 326-unit garden apartment will provide an exceptional mix of ideal location, modern amenities, value and lifestyle. Residents will also enjoy exceptional access to two of Houston's employment nodes:  the Texas Medical Center and Houston's Central Business District.

The Fountains also is proximate to many of Houston's premier urban destinations, including Rice University, the main campus of the University of Houston's famed Museum District, Hermann Park and the Houston Zoo. Also nearby is the NRG Complex: home to the NFL Houston Texans football, the world-renowned Houston Livestock Show and Rodeo, major concerts, industry conferences, shows, and special events throughout the year.

For leasing information, visit https://www.virtuomedcenter.com/



Stockton Regional Rehabilitation Hospital in Construction in Stockton, CA at

Stockton Regional Rehabilitation Hospital  |  Stockton, CA

For operator Vibra+Ernest, Medistar is developing the first-ever freestanding Inpatient Rehabilitation Hospital in San Joaquin County, CA with a population over 750,000.  Located in the University Park master planned healthcare and education campus - and across the street from Dignity Joseph's Medical Center - the 63,000 square foot inpatient rehab hospital will provide 50 beds of inpatient capacity, complemented by robust programs and dialysis services.

Now in construction and on-schedule for Spring 2022 delivery, the rehab hospital was designed by Nashville-based Davis Stokes Collaborative being built by Layton Construction.





Voyages Behavioral Health of Pensacola  |  Pensacola, FL

Medistar Corporation and Voyages Behavioral Health (an affiliate of PAM Health) are pleased to announce the development of Voyages Behavio of Pensacola, a state-of-the-art behavioral health hospital. When completed in 2023, Voyages Behavioral Health of Pensacola will be one of the fi hospitals to integrate inpatient medical and psychiatric care.

Identifying a need in behavioral health services across the country, PAM Health established Voyages Behavioral Health to offer an additional ser and specialized care to this underserved patient population. Voyages Behavioral Health chose Pensacola to provide much-needed services in the Pensacola MSA (Pensacola-Ferry Pass-Brent, FL metropolitan statistical area), which has a population of over 500,000.

The inpatient medical and psychiatric care hospital will be a 60-bed facility of approximately 40,200 gross square feet. When fully operati        Vo Behavioral Health of Pensacola's 200 employees will serve hundreds of patients through various programs tailored to the unique needs o       : c

which could include services for adults, older adults, and specialty programs for trauma and military service members.

Designed by Dallas-based GUIDE Architecture, construction is expected to begin this summer and deliver in Q3 2023.

**CONTACT US**

MEDISTAR CORPORATION
7670 Woodway, Suite 160
Houston, TX 77063
📞 713.266.8990

**FOLLOW US**

in

Copyright 2022 © Medistar Corporation. All Rights Reserved.

Web Design and Domain names by
web.com