ANDREW D. FORTNEY (SBN 178699)
CENTRAL CALIFORNIA IP GROUP, P.C.
1768 E. Birch Ave.
Fresno, CA 93720
Telephone: (559) 999-3656
Email: drewfortney@cencalip.com

Attorney for Plaintiffs
SHENZHEN YAPU TECH. CO., LTD. and
SICHUAN WURUI TECH. CO., LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No.: 2:22-cv-1403-SK <br><br> **L.R. 7.1-1 SUPPLEMENTAL NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the Central District of California, the undersigned, counsel of record for Plaintiffs SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD., certifies that neither Plaintiffs SHENZHEN YAPU TECH. CO., LTD. nor SICHUAN WURUI TECH. CO.,

1 | LTD. have a parent company.  This representation is made to enable the Court to
2 | evaluate possible disqualification or recusal.
3
4
5 | Date: __March 7, 2022_____          Respectfully Submitted,
6 |                                       CENTRAL CALIFORNIA IP
                                          GROUP, P.C.
7
8
9 |                                       By: __/s/ Andrew D. Fortney_____
                                               ANDREW D. FORTNEY
10|                                       Attorney for Plaintiffs
                                          SHENZHEN YAPU TECH. CO.,
11|                                       LTD. and SICHUAN WURUI TECH.
12|                                       CO., LTD.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28