McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *Hagop.bedoyan.@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Texas Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. 2:22-cv-01403-SK<br><br>**INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company's RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## **DISCLOSURE OF CORPORATION INTEREST CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendant, **INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company**, that the following corporate interests are disclosed:

1. The parent company of **INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company**: None.
2. Any publicly held corporation that owns ten percent (10%) or more of

**INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company**: None.

Dated: May 13, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Hagop T. Bedoyan
Hagop T. Bedoyan
Attorneys for Defendants INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Texas Corporation

040661-000000 8406691.1