McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, #131285
  *Hagop.bedoyan.@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendants INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Texas Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. 2:22-cv-01403-SK<br><br>**MEDISTAR CORPORATION, a Texas Corporation's RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## **DISCLOSURE OF CORPORATION INTEREST CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendant, **MEDISTAR CORPORATION, a Texas Corporation**, that the following corporate interests are disclosed:

1. The parent company of **MEDISTAR CORPORATION, a Texas Corporation**:  Suite 160 Holdings, Inc., a Texas Corporation.
2. Any publicly held corporation that owns ten percent (10%) or more of **MEDISTAR CORPORATION, a Texas Corporation**:  None.

1
2  Dated: May 13, 2022                    McCORMICK, BARSTOW, SHEPPARD,
3                                                             WAYTE & CARRUTH LLP
4
5                                              By:        /s/Hagop T. Bedoyan
                                                     Hagop T. Bedoyan
6                                              Attorneys for Defendants INTEGRATED
                                               VIRAL PROTECTION SOLUTIONS LLC, a
7                                              Texas Limited Liability Company, and
                                               MEDISTAR CORPORATION, a Delaware
8                                              Corporation
9
10  040661-000000 8406570.1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
MEDISTAR CORPORATION, a Texas Corporation's RULE 7.1 CORPORATE DISCLOSURE STATEMENT