1  ANDREW D. FORTNEY (SBN 178699)
2  CENTRAL CALIFORNIA IP GROUP, P.C.
   1768 E. Birch Ave.
3  Fresno, CA 93720
4  Telephone: (559) 999-3656
   Email: drewfortney@cencalip.com
5

6  Attorney for Plaintiffs
   SHENZHEN YAPU TECH. CO., LTD. and
7  SICHUAN WURUI TECH. CO., LTD.
8

9  *Additional counsel listed on following page*

10

11

## UNITED STATES DISTRICT COURT
12
## CENTRAL DISTRICT OF CALIFORNIA
13

14

15  | SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD., | Case No.: 2:22-cv-1403 |
16  | Plaintiffs, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM(S) (L.R. 6-1)** |
17  | vs. | |
18  | INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, a Texas Limited Liability Company, and MEDISTAR CORPORATION, a Delaware Corporation, | |
19  | Defendants. | |

20

21

22

23

24

25

26

27

28

---

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
HAGOP T. BEDOYAN, #131285
GREGORY S. MASON, #148997
Hagop.bedoyan@mccormickbarstow.com
greg.mason@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendants
INTEGRATED VIRAL PROTECTION SOLUTIONS LLC and MEDISTAR CORPORATION

Pursuant to Local Rule 6.1, Plaintiffs SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD. and Defendants INTEGRATED VIRAL PROTECTION SOLUTIONS LLC ("IVP") and MEDISTAR CORPORATION hereby file this Joint Stipulation to Extend Time to Respond to Defendant IVP's Counterclaim(s) by twenty-one (21) days.

1. Defendants filed their Answer, and Defendant IVP filed three (3) counterclaims on May 13, 2022.

2. According to the Federal Rules of Civil Procedure, Plaintiffs' response to IVP's counterclaims is currently due on June 6, 2022.

3. Counsel for Plaintiffs contacted Defendants' counsel on May 26, 2022, to arrange a conference prior to filing a Motion to Dismiss IVP's Third Counterclaim and, if needed, to request an extension to allow for the minimum seven (7)-day period between the conference and filing the Motion.

4. Defendants' counsel responded on May 26, 2022, agreeing to hold the conference on June 1, 2022 and extend Plaintiff's due date for filing the Motion.

5. During the conference on June 1, 2022, counsel jointly agreed that the parties will need additional time to work through some issues relating to IVP's Third Counterclaim and possibly one or more other issues in the pleadings. Counsel therefore jointly agreed to extend Plaintiff's due date for filing the Motion by twenty-one (21) days to June 27, 2022.

6. Accordingly, the undersigned counsel request an Order extending Plaintiff's due date for filing the Motion to June 27, 2022.

|    |                              |                                                |
|----|------------------------------|------------------------------------------------|
| 1  | Date: __June 3, 2022__       | Respectfully Submitted,                        |
| 2  |                              | CENTRAL CALIFORNIA IP GROUP, P.C.              |

By: __/s/ Andrew D. Fortney__
    ANDREW D. FORTNEY
Attorney for Plaintiffs
SHENZHEN YAPU TECH. CO., LTD.
and SICHUAN WURUI TECH. CO., LTD.

Date: __June 3, 2022__

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: __/s/ Gregory S. Mason__
    GREGORY S. MASON
Attorney for Defendants
INTEGRATED VIRAL PROTECTION SOLUTIONS LLC and MEDISTAR CORPORATION

# **ATTESTATION**

I, Andrew D. Fortney, hereby attest, pursuant to C.D. Cal. Civil Local Rule 5-4.3.4(a)(2)(i), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: __June 3, 2022__                    By: */s/* Andrew D. Fortney_____
                                                              Andrew D. Fortney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I caused the foregoing **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM(S) AND PROPOSED ORDER** to be served upon all counsel of record in this action through the Court's CM/ECF System.

Dated: June 3, 2022                                    */s/* Andrew D. Fortney

                                                       ANDREW D. FORTNEY