**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN YAPU TECH. CO., LTD. and SICHUAN WURUI TECH. CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEGRATED VIRAL PROTECTION SOLUTIONS LLC, and MEDISTAR CORPORATION, <br><br> Defendants. | Case No.: CV 22-1403-GW-JPRx <br><br> **ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs and Defendants hereby move for an order dismissing this action with regard to all claims brought by Plaintiffs in their entirety WITH PREJUDICE and with regard to all counterclaims brought by Defendant, INTEGRATED VIRAL PROTECTION

1  SOLUTIONS LLC, in their entirety WITHOUT PREJUDICE, with each party to
2  bear its own costs, expenses and attorneys' fees.

      IT IS SO ORDERED.

Date: August 31, 2023

                                    HON. GEORGE H. WU,
                                    UNITED STATES DISTRICT JUDGE